HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEANNE LOVE,<br><br>   Plaintiff,<br><br>  v.<br><br>EXTENDICARE HEALTH FACILITIES, INC.,<br><br>   Defendant. | CASE NO. C13-731RAJ<br><br>ORDER |

  The court GRANTS Defendant's motion to transfer venue (Dkt. # 10), noting that Plaintiff filed a statement that she did not oppose the relief Defendant requested.

  The court directs the clerk to TRANSFER this action to the United States District Court for the Eastern District of Washington.

  Dated this 28th day of May, 2013.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1